THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY K. SCROGER, JR., Appellant. [732 NYS2d 388] —Judgment unanimously affirmed. Memorandum: Defendant was convicted after a jury trial of two counts of driving while intoxicated as a felony (Vehicle and Traffic Law § 1192 [2], [3]; § 1193 [1] [c]). The contention of defendant that he was denied a fair trial by prosecutorial misconduct is not preserved for our review (*see,* CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Orleans County Court, Punch, J.—Felony Driving While Intoxicated.) Present—Pigott, Jr., P. J., Wisner, Scudder, Burns and Gorski, JJ.